ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
UNITED STATES OF AMERICA             :
                                     :   **NOTICE OF INTENT**
       v.                            :   **TO FILE AN INFORMATION**
                                     :
JUAN CARLOS BOCANEGRA-FONSECA,       :   07 Mag. 2056
                                     :   08 Cr. __
              Defendant.             :
                                     :
------------------------------------x

**08 CRIM 272**

     Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         March 24, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              David A. O'Neil
                              Assistant United States Attorney


                              AGREED AND CONSENTED TO:

                         By:  _____
                              Sabrina Shroff, Esq.
                              Attorney for Juan Carlos Bocanegra-Fonseca

3/24/08 WAIVER A Schroff