```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA         :
                                        INFORMATION
        -v.-                     :
                                        08 Cr. ___
JUAN CARLOS BOCANEGRA-FONSECA,   :

                Defendant.       :

- - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 2 7 2008

08CRIM 272

JUDGE SCHEINDLIN

## COUNT ONE

The United States Attorney charges:

1. From on or about December 1, 2007, up to and including on or about December 4, 2007, in the Southern District of New York and elsewhere, JUAN CARLOS BOCANEGRA-FONSECA, the defendant, unlawfully, willfully, and knowingly, knowingly did distribute and possess with intent to distribute mixtures and substances containing 100 grams and more of heroin, to wit, BOCANEGRA-FONSECA distributed and possessed with intent to distribute 867 grams of mixtures and substances containing a detectable amount of heroin, which he intended to distribute.

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(B))

## FORFEITURE ALLEGATION

2. As a result of committing the controlled substance offense alleged in Count One of this Indictment, JUAN CARLOS BOCANEGRA-FONSECA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained

directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in Count One of this Information.

### Substitute Asset Provision

3. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant --

    (1) cannot be located upon the exercise of due diligence;

    (2) has been transferred or sold to, or deposited with, a third person;

    (3) has been placed beyond the jurisdiction of the Court;

    (4) has been substantially diminished in value; or

    (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846 and 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JUAN CARLOS BOCANEGRA-FONSECA,

Defendant.

**INFORMATION**

08 Cr. ___ (___)

(21 U.S.C. §§ 812, 841(a)(1), (b)(1)(B).)

MICHAEL J. GARCIA
United States Attorney.