```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA           :
                                           08 CRIM 272
         - v. -                    :
                                           WAIVER OF INDICTMENT
JUAN CARLOS BOCANEGRA-FONSECA,     :
                                           08 Cr. ___
         Defendant.                :

                                   :

                                   :
- - - - - - - - - - - - - - - - - x
```

The above-named defendant, who is accused of violating Title 21, United States Code, Sections 812 and 841, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                   _____
                                   JUAN CARLOS BOCANEGRA-FONSECA

                                   _____
                                   Sabrina Shroff, Esq.
                                   Attorney for JUAN CARLOS
                                       BOCANEGRA-FONSECA

         Witness: _____

Date:    New York, New York
         March 27, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 27 2008