# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08

May 30, 2008

RECEIVED
CHAMBERS
JUN 02
JUDGE SCHEINDLIN

BY HAND

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Juan Carlos Bocanegra-Fonseca**
    08 Cr. 272 (SAS)

The Honorable Judge Scheindlin:

As counsel of record for Juan Carlos Bocanegra-Fonseca I am writing to request that his sentencing, now scheduled for June 9, 2008 be adjourned to a time convenient for the Court approximately four weeks from today. I make this request as we need additional time to gather records for his sentencing submission.

The government, through David O'Neil, has no objection to this request. Thank you.

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney David O'Neil (via fax)
    Juan Carlos Bocanegra-Fonseca

Defendant's request is granted. Defendant's sentence is adjourned to July 1, 2008, at 4:30 p.m.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
       June 2, 2008