# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08

June 22, 2008

BY HAND

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Juan Carlos Bocanegra-Fonseca**
**08 Cr. 272 (SAS)**

The Honorable Judge Scheindlin:

As counsel of record for Juan Carlos Bocanegra-Fonseca I am writing to request that his sentencing, now scheduled for July 1, 2008 be adjourned to a time convenient for the Court approximately five weeks from today. I make this request as we still need additional time to gather records for his sentencing submission.

The government, through David O'Neil, has no objection to this request. Thank you.

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney David O'Neil (via fax)
Juan Carlos Bocanegra-Fonseca

*Defendant's request is granted. Defendant's sentencing, previously scheduled for July 1, 2008 is rescheduled to July 28, 2008, at 4:30 p.m.*

*Date: June 23, 2008*

ORDERED

Shira A. Scheindlin, USDJ