# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/3/08]

July 3, 2008

[Stamp: RECEIVED CHAMBERS OF JUL 03 2008 JUDGE SCHEINDLIN]

BY HAND

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States v. Juan Carlos Bocanegra-Fonseca**
    **08 Cr. 272 (SAS)**

The Honorable Judge Scheindlin:

The Court previously adjourned Mr. Bocanegra-Fonseca's sentence to July 28, 2008. We had requested an adjournment as Mr. Bocanegra's family is still gathering records from Colombia and those records are necessary for the Court's consideration of a proper sentence.

Unfortunately, I will not have all the records by July 28th, and additionally, I will be at trial from July 21, 2008 through August 21, 2008. For both these reasons, I request that Mr. Bocanegra's sentence be scheduled after August 21, 2008.

The government, through David O'Neil, has no objection to this request. Thank you.

*[Handwritten: Sentence re-scheduled for August 27, 2008 at 4:30 pm. No further adjournments will be granted. SO ORDERED.]*

Sincerely,

*[signature]*
Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

CC: Assistant United States Attorney David O'Neil (via fax)
    Juan Carlos Bocanegra-Fonseca

*[signature] USDJ 7/3/08*