# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Leonard F. Joy
*Executive Director*

Southern District of New York
John J. Byrnes
*Attorney-in-Charge*

August 18, 2008

BY HAND

Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   **United States v. Juan Carlos Bocanegra-Fonseca**
           08 Cr. 272 (SAS)

The Honorable Judge Scheindlin:

    The Court previously adjourned Mr. Bocanegra-Fonseca's sentence to August 27, 2008, and noted that no further adjournments would be granted. In light of the last endorsement, the defendant has briefed the sentencing issues, and a sentencing memorandum was served upon opposing counsel and filed with the Court on August 13, 2008. No further briefings are due to the Court.

    We, nevertheless, ask the Court to adjourn Mr. Bocanegra's sentence date by one week as his family wishes to come from Bogota to Colombia to attend his sentencing proceeding. At the same time, they also wish to visit with Mr. Bocanegra at the MDC and have a 3-hour family visit for which the BOP requires three weeks notice. For this reason, we ask the Court to schedule sentence for any date after September 5, 2008. Thank you.

    The government, through David O'Neil, has no objection to this request. Thank you.

Sincerely,

Sabrina P. Shroff
Assistant Federal Defender
(212) 417-8713

[Handwritten endorsement: Request Granted. The Sentence is adjourned to September 29 at 2:30 PM. So Ordered. Dated: August 20, 2008]

CC:  Assistant United States Attorney David O'Neil (via fax)
      Juan Carlos Bocanegra-Fonseca